Next, we have Benkovitch v. Deutsche Bank National Trust Co. Good morning, Your Honor. May it please the Court, my name is Kevin Gleason. I'm with Florida Bankruptcy Group and I represent Mrs. Benkovitch, the appellant. It's always a humbling experience to go third and hear the complex and diverse issues that this Court deals with that are in areas of law much more complicated than bankruptcy. Maritime makes me dizzy. My question here is, what makes this final, non-appealable, clear and unambiguous confirmation order different from any other order? The bank starts with the conclusion that a person can't get a free house if they don't pay their mortgage. So, they're starting from the conclusion they wish you to reach and want you to work backwards from there. Fortunately, I can omit pages of my presentation because Carnival's counsel so adequately laid out the role of the Court as applying the law. And that's why when I go into bankruptcy court, I go with this book, the code, and I usually go with five fingers stuck in various places. And that's how the facts of this case have to be interpreted under the code. So, the bankruptcy case. So, in December of 2013, the bank initiated a foreclosure on a mortgage they'd taken an assignment of four and a half years previously had been in default for five and a half years. And a year later, they hadn't finished their foreclosure and Mrs. Bankovich filed a Chapter 11 case. Ten months into the bankruptcy case, we come up for confirmation of a plan. At that point, Deutsche Bank had not filed a claim, had not filed a motion for early from stay, had not filed a written objection to the plan, had not filed a ballot. So, at the hearing on confirmation, their lawyer pops up and first time we've heard from them in the case and he specifically objects to the portion of the plan that puts a 12-month limitation on Deutsche Bank's ability to foreclose. And after considering the arguments, Judge Kristol found the plan to be fair and equitable and ordered confirmation. So, the con- May I have your attention please? A fire-related emergency has been reported on the property. Please remain calm and exit the building using the nearest exit. Do not use the exit door. Thank you.